UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK
NOV -5 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

**DESMOND CARNEY**
**DEONTE BASS**

INDICTMENT

NO. 3:24-cr-115-DJH

18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(j)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

The Grand Jury charges:

COUNT 1
*(Possession of a Firearm by a Prohibited Person)*

On or about June 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DESMOND CARNEY**, a defendant herein, aided and abetted by DEONTE BASS and others, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, model GX4, 9-millimeter handgun, bearing serial number 16A35433; a Glock, model 23 Gen 4, .40 caliber handgun, bearing serial number BCSS164; a Ruger, model SR9C, 9-millimeter handgun, bearing serial number 336-55049; a Glock, model 23C, .40 caliber handgun, bearing serial number CBYC761; a Glock, model 45, 9 x 19 caliber handgun, bearing serial number BUFD690; a Zastava Arms, model PAP M92 PV, 7.62 x 39 caliber pistol, bearing serial number M92PY054590; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

On or about November 8, 2022, in Shelby Circuit Court, Shelby County, Kentucky, in Case Number 21-CR-0148, **DESMOND CARNEY**, was convicted of the

offenses of Receiving Stolen Property $10,000 or more, Wanton Endangerment 1st Degree (3 counts), Wanton Endangerment 1st Degree – Police Officer, Possession of a Controlled Substance, 1st Degree, 1st Offense – Opiates, and Fleeing or Evading Police, 1st Degree (Motor Vehicle).

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

The Grand Jury further charges:

## COUNT 2
*(Possession of a Firearm by a Prohibited Person)*

On or about June 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DEONTE BASS**, a defendant herein, aided and abetted by DESMOND CARNEY and others, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus, model GX4, 9-millimeter handgun, bearing serial number 16A35433; a Glock, model 23 Gen 4, .40 caliber handgun, bearing serial number BCSS164; a Ruger, model SR9C, 9-millimeter handgun, bearing serial number 336-55049; a Glock, model 23C, .40 caliber handgun, bearing serial number CBYC761; a Glock, model 45, 9 x 19 caliber handgun, bearing serial number BUFD690; a Zastava Arms, model PAP M92 PV, 7.62 x 39 caliber pistol, bearing serial number M92PY054590; and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about November 2, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 17-CR-3578, **DEONTE BASS**, was convicted of the offenses of Tampering with Physical Evidence, Fleeing or Evading Police, 1st Degree (On Foot), and Trafficking in a Controlled Substance 1st Degree, 1st Offense (Less than 2 grams of Methamphetamine);

> On or about September 2, 2016, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 16-CR-0671, **DEONTE BASS**, was convicted of the offenses of Convicted Felon in Possession of a Handgun, Tampering with Physical Evidence, and Trafficking in a Controlled Substance, 1st Degree, 1st Offense (Less than 2 grams of Methamphetamine);

On or about February 3, 2017, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 15-CR-2988, **DEONTE BASS**, was convicted of the offense of Convicted Felon in Possession of a Firearm;

On or about January 2, 2014, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 13-CR-0745, **DEONTE BASS**, was convicted of the offenses of Convicted Felon in Possession of a Firearm (2 counts), Enhanced Criminal Possession of a Prescription Blank, 1st Offense (5 counts), Enhanced Possession of a Controlled Substance, 2nd Degree, 1st Offense – Drug Unspecified, Fleeing or Evading Police, 1st Degree (On Foot), and Tampering with Physical Evidence; and

On or about September 21, 2011, in Jefferson Circuit Court, Jefferson County, Kentucky, in Case Number 11-CR-1030, **DEONTE BASS**, was convicted of the offenses of Receiving Stolen Property (Firearm) (3 counts); and Receiving Stolen Property under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(8), and 2.

The Grand Jury further charges:

## COUNT 3
*(Possession of a Stolen Firearm)*

On or about June 10, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **DESMOND CARNEY** and **DEONTE BASS**, defendants herein, aided and abetted by each other and others, knowingly possessed a stolen firearm, that is, a Taurus, model GX4, 9-millimeter handgun, bearing serial number 16A35433; a Ruger, model SR9C, 9-millimeter handgun, bearing serial number 336-55049; a Glock, model 23C, .40 caliber handgun, bearing serial number CBYC761; and a Glock, model 45, 9 x 19 caliber handgun, bearing serial number BUFD690, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

In violation of Title 18, United States Code, Sections 922(j), 924(a)(2), and 2.

## NOTICE OF FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 922(j), as alleged in this Indictment, felonies punishable by imprisonment for more than one year, **DESMOND CARNEY** and **DEONTE BASS**, defendants herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses including, but not limited to, a Taurus, model GX4, 9-millimeter handgun, bearing serial number 16A35433; a Glock, model 23 Gen 4, .40 caliber handgun, bearing serial number BCSS164; a Ruger, model SR9C, 9-millimeter handgun, bearing serial number 336-55049; a Glock, model 23C, .40 caliber handgun, bearing serial number CBYC761; a Glock, model 45, 9 x 19 caliber handgun, bearing serial number BUFD690; a Zastava Arms, model PAP M92 PV, 7.62 x 39 caliber pistol, bearing serial number M92PY054590; and ammunition.

A TRUE BILL.

Redacted

MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:FED:11052024

4

UNITED STATES OF AMERICA v. **DEDSMOND CARNEY** and **DEONTE BASS**

## PENALTIES

Counts 1 and 2:  NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Count 3:        NM 10 yrs./$10,000/both/NM 3 yrs. Supervised Release
Forfeiture

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

|  | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual<br>$125 per count/other | Felony: | $100 per count/individual<br>$400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

    For offenses occurring after December 12, 1987:

    No **INTEREST** will accrue on fines under $2,500.00.

    **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two-week period after the date a fine is imposed.

    **PENALTIES** of:

    10% of fine balance if payment more than 30 days late.

    15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

    If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY 40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY 42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY 42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY 42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.