# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**VS.**                              **CRIMINAL ACTION NUMBER: 3:24-CR-115-DJH**

**DEONTE BASS**                                                  **DEFENDANT**

## ORDER ON DETENTION HEARING

The above-styled case came before the Honorable Regina S. Edwards, United States Magistrate Judge on December 20, 2024 to conduct a detention hearing.

### APPEARANCES

| | |
|---|---|
| For the United States: | Frank E. Dahl, III, Assistant United States Attorney |
| For the defendant: | Defendant Deonte Bass - Present and in custody<br>Daniel E. Hancock, appointed - Present |
| Court Reporter: | Digitally recorded |

The defendant, through counsel, waived his right to a detention hearing at this time, however, reserved the right to request a hearing at a later date. Accordingly,

**IT IS HEREBY ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further order.

December 20, 2024

**ENTERED BY ORDER OF THE COURT:**
**REGINA S. EDWARDS**
**UNITED STATES MAGISTRATE JUDGE**
**JAMES J. VILT, JR., CLERK**
**BY: s/** *Ashley Henry* **- Deputy Clerk**

Copies: U.S. Attorney
    U.S. Probation
    Counsel for Defendant

|05