UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Plaintiff, |
| v. | Criminal Action No. 3:24-cr-115-DJH |
| DESMOND CARNEY (1) and<br>DEONTE BASS (2), | Defendants. |

\* \* \* \* \*

### MEMORANDUM OF CONFERENCE AND ORDER

A telephonic status conference was held in this matter on January 21, 2025, with the following counsel participating:

    For the United States:    Frank Dahl

    For Defendants:    Don Meier (1)
                                Daniel Hancock (2)

The Court and counsel discussed the procedural posture of the case. Counsel reported that the parties are engaged in plea negotiations. The United States confirmed that discovery is ongoing. Based on the discussion during the conference, and by agreement of the parties, it is hereby

    **ORDERED** as follows:

    (1)    This matter is **SET** for a status hearing on **February 20, 2025, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky.

    (2)    Defendant Carney's unopposed motion to continue the trial in this matter (D.N. 22) is **GRANTED**. The jury trial previously set for February 24, 2025, at 9:30 a.m. is **CONTINUED**, to be reset by subsequent Order.

    (3)    Pursuant to 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), and (h)(7)(B)(iv), the Court finds that **the period of delay from December 18, 2024, to February**

1

**20, 2025, is excludable in computing the time within which the trial must commence under the Speedy Trial Act.** The Court finds that the ends of justice served by this delay outweigh the best interests of the public and the defendant in a speedy trial because the defendant and his counsel would otherwise be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* § 3161(h)(7)(B)(iv); *Zedner v. United States*, 547 U.S. 489 (2006). This delay is not due to "general congestion of the court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." § 3161(h)(7)(C).

January 22, 2025

David J. Hale, Judge
United States District Court

cc: Jury Administrator

Court Time: 00/05
Court Reporter: Dena Legg